EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI 2286
Chief, Narcotics Section

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 29 2004

at 11 o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00341-02 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | SENTENCING ALLEGATIONS |
| | ) | |
| ROBIN WEBSTER MINTON, (02), | ) | |
| | ) | |
| Defendant. | ) | |

SENTENCING ALLEGATIONS

With respect to Count 1 of the First Superseding Indictment;

- that the defendant possessed a dangerous weapon, that is a firearm; and

- that the defendant distributed, possessed with intent to distribute and conspired to possess with intent to distribute

and to distribute 4,861 grams of cocaine, a Schedule II controlled substance.

DATED: December 29, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
Foreperson, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Robin Webster Minton
Cr. No. 03-00341-02 HG
SENTENCING ALLEGATIONS